# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3317

_____

Ben S. Garner,                              *
                                            *
            Appellant,                      *
                                            *
      v.                                    *   Appeal from the United States
                                            *   District Court for the
East Arkansas Regional Unit;                *   Eastern District of Arkansas.
P. Williams, Teacher; John Lowe,            *
Assistant Warden; Bernard Williams,         *      [UNPUBLISHED]
Infirmary Manager; C.L. Kelly, Major;       *
Mrs. Paige, Mail; Horace Proctor,           *
Commissary; East Arkansas Regional          *
Unit, Arkansas Department of                *
Corrections,                                *
                                            *
            Appellees.                      *

_____

Submitted: March 17, 2000
Filed: March 22, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Ben Garner, an Arkansas inmate, appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e(a) of the Prison Litigation Reform Act of 1995. Having reviewed the record and the parties' briefs, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.